
AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) QUIST, GORDON J. | 2. Court or Organization DISTRICT CT-WESTERN DIST, MICH | 3. Date of Report 05/13/2011 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR STATUS | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
|---|---|---|

| 7. Chambers or Office Address 482 GRAND RAPIDS FORD FEDERAL COURTHOUSE 110 MICHIGAN NW GRAND RAPIDS MI 49503-2363 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Quist, Gordon J.**

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 09/10/10 | CHARLES SCHWAB & CO.-IRA DISBRIBUTION-NORMAL | $13,190.48 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | United States Russia Foundation | 10/11/2010 TO 10/14/2010 | Minneapolis, MN | Met with Russian judges on judicial ethics and discipline. | Transportation, food and lodging. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHASE BANK | A | Interest | J | T | | | | | |
| 2. CHASE BANK | A | Interest | J | T | | | | | |
| 3. NORTHWEST MUTUAL LIFE INS (WHOLE LIFE) | | None | M | T | | | | | |
| 4. INDEPENDENT BANK | A | Interest | J | T | | | | | |
| 5. BROKERAGE ACCT #2 | | | | | | | | | |
| 6. SCHWAB DEPOSIT ACCOUNT | A | Interest | K | T | | | | | |
| 7. RESPONSE GENETICS INC | | None | J | T | | | | | |
| 8. KIMBERLY-CLARK CORP | A | Dividend | J | T | | | | | |
| 9. TECO ENERGY INC | A | Dividend | J | T | | | | | |
| 10. U G I CORPORATION NEW | A | Dividend | J | T | | | | | |
| 11. SCHWAB GNMA FUND SELECT SHARES | B | Dividend | K | T | Buy (add'l) | 12/23/10 | J | | |
| 12. | | | | | Buy (add'l) | 06/17/10 | J | | |
| 13. SCHWAB PREMIER INCOME FD | B | Dividend | K | T | Buy (add'l) | 07/02/10 | J | | |
| 14. | | | | | Buy (add'l) | 06/24/10 | J | | |
| 15. | | | | | Buy (add'l) | 07/19/10 | J | | |
| 16. | | | | | Buy (add'l) | 07/13/10 | J | | |
| 17. | | | | | Buy (add'l) | 10/20/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. THIRD AVENUE FOCUSED CREDIT FD INV CL | B | Dividend | K | T | | | | | |
| 19. POWERSHS DB COMMDTY INDX | | None | J | T | | | | | |
| 20. POWERSHS DB MULTI SECTOR (DBO) | | None | J | T | Buy (add'l) | 12/29/10 | J | | |
| 21. CATHAY BANK NA 1.2% 10 CD FDIC INS DUE 4/6/10 | A | Interest | | | Matured | 04/06/10 | J | | |
| 22. BEAL BANK NA .65% 10 CD FDIC INS DUE 7/7/10 | A | Interest | | | Matured | 07/07/10 | J | | |
| 23. WILMINGTON TR BK .4% 10 CD FDIC INS DUE 4/30/10 | A | Interest | | | Matured | 04/30/10 | J | | |
| 24. WILMINGTON TR BK .4% 10 CD FDIC INS DUE 4/30/10 | A | Interest | | | Matured | 04/30/10 | J | | |
| 25. AMER EXP CENT BK 1% 11CD FDIC INS DUE 2/25/11 | A | Interest | J | T | | | | | |
| 26. FIRSTMERIT BANK .2% 10 CD FDIC INS DUE 6/16/10 | A | Interest | | | Matured | 06/16/10 | J | | |
| 27. GE MONEY BANK N A .4%11 CD FDIC INS DUE 3/25/11 | | None | J | T | Buy | 06/22/10 | J | | |
| 28. CHESAPEAKE UTIL CORP | A | Dividend | K | T | Buy | 11/16/10 | J | | |
| 29. | | | | | Buy (add'l) | 08/30/10 | J | | |
| 30. SOUTHWEST GAS CORP COM | A | Dividend | K | T | Buy | 01/19/10 | J | | |
| 31. | | | | | Buy (add'l) | 03/12/10 | J | | |
| 32. | | | | | Buy (add'l) | 10/20/10 | J | | |
| 33. ISHARES GOLD TRUST | | None | J | T | Buy | 10/20/10 | J | | |
| 34. GE MONEY BANK NA .3% 10 CD FDIC INS DUE 11/08/10 | A | Interest | | | Buy | 05/03/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Matured | 11/08/10 | J | | |
| 36. ETFS GOLD TRUST ETF (SGOL) | | None | | | Buy | 04/19/10 | J | | |
| 37. | | | | | Sold | 07/26/10 | J | A | |
| 38. CHARTER BANK NA .3% 10 CD FDIC INS DUE 10/27/10 | A | Interest | | | Buy | 04/19/10 | J | | |
| 39. | | | | | Matured | 10/27/10 | J | | |
| 40. BROKERAGE ACCT #1 | | | | | | | | | |
| 41. SCHWAB MUNI MONEY FUND (I.E. SCHWAB TAX EXEMPT FUND) | A | Dividend | J | T | | | | | |
| 42. BROKERAGE ACCT #3 | | | | | | | | | |
| 43. SCHWAB DEPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 44. BROKERAGE ACCT #4 | | | | | | | | | |
| 45. SCHWAB DEPOSIT ACCOUNT | A | Interest | J | T | | | | | |
| 46. SCHWAB GNMA FUND SELECT SHARES | A | Dividend | J | T | Buy (add'l) | 11/22/10 | J | | |
| 47. | | | | | Buy (add'l) | 07/19/10 | J | | |
| 48. | | | | | Buy (add'l) | 07/02/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| QUIST, GORDON J. | 05/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **GORDON J. QUIST**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544